TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
tara.elliott@usdoj.gov



ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP DEVON JOHNSON,<br><br>Defendant. | CR 17- 24  -M- DLC<br><br>INDICTMENT<br><br>CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 846 (Count I)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release)<br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1) (Count II)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release)<br><br>FORFEITURE<br>Title 21 U.S.C. § 853<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |

1

THE GRAND JURY CHARGES:

COUNT I

Beginning in approximately January of 2017, and continuing until approximately April 26, 2017, in Flathead and Mineral Counties, in the State and District of Montana, and elsewhere, the defendant, PHILLIP DEVON JOHNSON, knowingly and unlawfully conspired with others, both known and unknown to the Grand Jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

COUNT II

On or about April 26, 2017, in Mineral County, in the State and District of Montana, the defendant, PHILLIP DEVON JOHNSON, knowingly and unlawfully possessed with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

FORFEITURE ALLEGATION

1.     The allegations contained in Counts I and II of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

2.      Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of Title 21, the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

- 1997 BMW bearing VIN WBSBL93463JR22024.

3.      If any of the property described above, as a result of any act or omission of the defendants:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Foreperson signature redacted.  Original document filed under seal.

A TRUE BILL.

_____
LEIF M. JOHNSON
Acting United States Attorney
Attorney for Plaintiff

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff