PROB 12C
(6/16)

Report Date: March 27, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Phillip Devon Johnson                Case Number: 0980 2:23CR00008-TOR-1

Address of Offender: ███████████████ Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Dana L. Christensen, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 22, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A) | | |
| Original Sentence: | Prison - 48 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | October 4, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | October 3, 2027 |

### PETITIONING THE COURT

To issue **a warrant.**

On October 5, 2022, Phillip Johnson reported to the U.S. Probation Office for the purposes of a supervision intake. The conditions of his supervised release were reviewed with him and Mr. Johnson signed a copy of his judgment indicating an understanding of these conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Mandatory Condition #2**: You must not unlawfully possess a controlled substance.<br><br>**Supporting Evidence**: It is alleged that Phillip Johnson violated the terms of his supervised release by possessing and distributing a controlled substance, fentanyl, around January 2023, and on March 27, 2023.<br><br>On March 27, 2023, Mr. Johnson was arrested by members of the Moses Lake Police Department and Alcohol Tobacco and Firearms (ATF). Law enforcement advised in January 2023, Mr. Johnson sold fentanyl pills to an undercover agent. Contact with the United States Attorney's Office indicates Mr. Johnson will be indicted in the Eastern District of Washington as a result of the January 2023 controlled purchase. |

Prob12C
Re: Johnson, Phillip Devon
March 27, 2023
Page 2

Law enforcement executed a number of search warrants on March 27, 2023. Mr. Johnson was transported by law enforcement to an address on Graves Road in Spokane, Washington. Law enforcement noted that Mr. Johnson has been seen frequenting this residence and Mr. Johnson has this address listed as his address with Washington State Department of Licensing as of November 21, 2022. Mr. Johnson advised law enforcement that they would locate fentanyl pills in the microwave. Law enforcement located approximately 500 fentanyl pills in the microwave and advised that Mr. Johnson admitted ownership of those pills. Law enforcement advised there were no other residents present during the execution of the search at the Graves Road address.

3 & 4     **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Standard Condition #10:** You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence:** Phillip Johnson allegedly violated the terms of his supervised release by having access to a firearm on or about March 27, 2023.

On March 27, 2023, Mr. Johnson was arrested in connection to distribution of fentanyl pills. Law enforcement was in the process of executing search warrants. Mr. Johnson was transported by law enforcement to an address on Graves Road in Spokane. Law enforcement noted that Mr. Johnson has been seen frequenting this residence and Mr. Johnson has this address listed as his address with Washington State Department of Licensing as of November 21, 2022.

While in the master bedroom of the Graves Road residence, law enforcement observed, within plain view, a firearm located under the television stand. Law enforcement advised there were no other residents present during the execution of the search of the Graves Road address and advised charges for unlawful possession of a firearm would be forthcoming.

The U.S. Probation Office respectfully recommends the Court issue **a warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 03/27/2023 |
|---|---|
| | s/Melissa Hanson |
| | Melissa Hanson<br>U.S. Probation Officer |

Prob12C
Re: Johnson, Phillip Devon
March 27, 2023
Page 3

## THE COURT ORDERS

[ ]  No Action
[X] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge
March 27, 2023
Date